IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH C. SWANN and REBECCA SWANN, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>DIAMOND STATE PORT CORPORATION, <br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 07-350 (***)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Donald E. Reid, Esquire and Jason A. Cincilla, Esquire of Morris, Nichols, Arsht & Tunnell LLP to represent defendant Diamond State Port Corporation in the above-referenced matter.

　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　*/s/ Jason A. Cincilla*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Donald E. Reid (#1058)
　　　　　　　　　　　　　　　　Jason A. Cincilla (#4232)
　　　　　　　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　Wilmington, DE  19899-1347
　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　dreid@mnat.com
　　　　　　　　　　　　　　　　jcincilla@mnat.com
　　　　　　　　　　　　　　　　　*Attorneys for Defendant Diamond State*
　　　　　　　　　　　　　　　　　*Port Corporation*

July 12, 2007
952154

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Additionally, I hereby certify that a true and correct copy of the foregoing was caused to be served on July 12, 2007 upon the following attorney of record in the manner indicated:

**BY HAND DELIVERY**

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, Delaware 19899-1675

*/s/ Jason A. Cincilla*

Jason A. Cincilla (#4232)
jcincilla@mnat.com

957011v1