IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH C. SWANN and REBECCA SWANN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 07-350 (***) |
| DIAMOND STATE PORT CORPORATION, | ) ) ) | |
| Defendant. | ) ) ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Donald E. Reid, Esquire and Jason A. Cincilla, Esquire of Morris, Nichols, Arsht & Tunnell LLP to represent defendant Diamond State Port Corporation in the above-referenced matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jason A. Cincilla*
_____
Donald E. Reid (#1058)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
dreid@mnat.com
jcincilla@mnat.com
   *Attorneys for Defendant Diamond State*
   *Port Corporation*

July 12, 2007
952154

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Additionally, I hereby certify that a true and correct copy of the foregoing was caused to be served on July 12, 2007 upon the following attorney of record in the manner indicated:

**BY HAND DELIVERY**

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, Delaware 19899-1675

*/s/ Jason A. Cincilla*

Jason A. Cincilla (#4232)
jcincilla@mnat.com

957011v1