**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KENNETH C. SWANN and REBECCA SWANN, | : :  :  |
| Plaintiffs, | : : |
| v. | :    C. A. No. 07-350-*** |
| DIAMOND STATE PORT CORPORATION, | : : |
| Defendant. | : |

**ORDER**

At Wilmington this **14th** day of **August, 2007**.

IT IS ORDERED that the Rule 16 scheduling teleconference scheduled for Thursday, September 6, 2007 at 2:00 p.m. with Magistrate Judge Thynge has been rescheduled to **Wednesday, September 12, 2007 at 10:00 a.m. Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE