IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH C. SWANN and REBECCA SWANN, <br><br> Plaintiffs, <br><br> v. <br><br> DIAMOND STATE PORT CORPORATION, <br><br> Defendant. | C.A. No. 07-350-*** |

**STIPULATION FOR ENTRY OF CONSENT JUDGMENT**

WHEREAS on June 6, 2007, plaintiffs/counterclaim defendants Kenneth C. Swann and Rebecca Swann (collectively "Plaintiffs") filed this action, asserting claims under 29 U.S.C. § 1161 *et seq.*;

WHEREAS on August 6, 2007, defendant/counterclaim plaintiff Diamond State Port Corporation ("Defendant") filed its answer to Plaintiffs' complaint, denying the allegations therein, and also filed a counterclaim, seeking to recover pay and benefits Defendant provided to Plaintiff Kenneth Swann within the 3-year period preceding the date of the counter-claim;

WHEREAS on August 16, 2007, without admitting liability, Defendant served Plaintiffs with an offer of judgment, in which Defendant offered to allow a judgment to be taken against it in the amount of $4,500, together with costs (including attorneys fees) accrued to date (*see* Exhibit A hereto);

WHEREAS Defendant's offer of judgment provided that if Plaintiffs accepted the offer of judgment, Defendant would voluntarily dismiss its counterclaim without prejudice to its right to re-file it at a later date in a Delaware state court;

WHEREAS on September 7, 2007, Plaintiffs accepted Defendant's offer of judgment (*see* Exhibit B hereto);

WHEREAS based on Plaintiffs' acceptance of the offer of judgment, Defendant consents to the dismissal of its counterclaim without prejudice; and

WHEREAS the parties agree that reasonable costs and attorneys fees for Plaintiffs are $3,000.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Consent Judgment attached hereto as Exhibit C may be entered by the Court.

| | |
|---|---|
| ABER, GOLDLUST, BAKER & OVER | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Gary W. Aber* | /s/ *Jason A. Cincilla* |
| Gary W. Aber (# 754)<br>702 King Street, Suite 600<br>P.O. Box 1675<br>Wilmington, Delaware 19899-1675<br>(302) 472-4900 | Jason A. Cincilla (# 4232)<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>(302) 658-9200 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Dated: September 11, 2007

1230072v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH C. SWANN and REBECCA SWANN,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND STATE PORT CORPORATION,<br><br>Defendant. | C.A. No. 07-350-*** |

### [PROPOSED] CONSENT JUDGMENT

The Court, pursuant to the stipulation of the parties, hereby ORDERS, ADJUDICATES, and DECREES that final judgment shall be and hereby is entered on the Complaint as follows:

A.   Judgment is hereby entered in favor of Plaintiffs and against Defendant in the total amount of $7,500, which amount includes costs and attorneys' fees;

B.   Defendant's counter-claim is hereby dismissed *without* prejudice.

IT IS SO ORDERED, ADJUDICATED, AND DECREED.

Dated: _____, 2007   _____
                                          United States District Judge