IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH C. SWANN and REBECCA SWANN, <br><br> Plaintiffs, <br><br> v. <br><br> DIAMOND STATE PORT CORPORATION, <br><br> Defendant. | C.A. No. 07-350-*** |

### [PROPOSED] CONSENT JUDGMENT

The Court, pursuant to the stipulation of the parties, hereby ORDERS, ADJUDICATES, and DECREES that final judgment shall be and hereby is entered on the Complaint as follows:

   A.   Judgment is hereby entered in favor of Plaintiffs and against Defendant in the total amount of $7,500, which amount includes costs and attorneys' fees;

   B.   Defendant's counter-claim is hereby dismissed *without* prejudice.

IT IS SO ORDERED, ADJUDICATED, AND DECREED.

Dated: September 17, 2007

_____
United States District Judge